UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH D. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-69 SEP |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS and CORIZON HEALTH ) | |
| CARE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Pro se Plaintiff has submitted an unsigned and incomplete motion to proceed without prepaying fees and costs. Doc No. [3]. Plaintiff's motion for appointment of counsel is also unsigned. Doc. No. [2]. Under Federal Rule of Civil Procedure 11(a), every written motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." As a result, the Court will order the Clerk to return the motion for appointment of counsel to Plaintiff so that Plaintiff may sign it and return it to the Court for filing. However, because the motion to proceed without prepayment of fees and costs is not only unsigned, but missing a page, the Court will also direct the Clerk to send Plaintiff a blank court form for completion. If Plaintiff fails to refile his motion to proceed without prepayment of fees and costs, he will be required to pay the full filing fee in this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Plaintiff's motion for appointment of counsel, Doc. No. [2], to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk shall mail to Plaintiff a blank "Application to Proceed in District Court without Prepaying Fees or Costs."

**IT IS FURTHER ORDERED** that Plaintiff shall complete and sign the Application and return it to the Court within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff shall be required to pay the full filing fee.

Dated this 16th day of March, 2020.

                                                    *Sarah E. Pitlyk*
                                                    SARAH E. PITLYK
                                                    UNITED STATES DISTRICT JUDGE